UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GABRIEL SEAMANS

v.                                                                                          CA 10-227 ML

ASHBEL T. WALL

ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Almond on October 6, 2010. No objection has been filed and the time for doing so has passed. Accordingly, the Court adopts the Report and Recommendation. The Motion to Dismiss (Docket #8) is GRANTED and the petition is dismissed.

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
October 28, 2010